UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB<br><br>  Plaintiff,<br>  v.<br><br>SCOTT PRUITT, in his official capacity as Administrator, U.S. Environmental Protection Agency,<br><br>  Defendant. | Case No. 1:17-cv-02174 |

**Joint Status Report and Motion to Stay Proceedings**

As required by the Court's January 3 order, ECF No. 13, the parties submit their joint status report, and move to stay all proceedings in this case for 60 days.

Plaintiff filed a Complaint in October 2017, alleging that Defendant failed to perform his non-discretionary duties under certain provisions of the Clean Air Act and the Energy Independence and Security Act. ECF No. 1. Defendant filed an answer on January 2. ECF No. 12.

The parties have been actively engaged in and plan to continue discussions to explore the possibility of resolving this matter without litigation. An order staying proceedings would conserve judicial resources and permit the parties to focus their resources on that task. Because good cause exists to stay all proceedings for 60 days, this Court should grant the parties' joint motion.

Dated: February 5, 2018

        Respectfully submitted,

        JEFFREY H. WOOD
        Acting Assistant Attorney General

        */s/ Sue Chen*
        SUE CHEN
        U.S. Department of Justice
        Environment & Natural Resources Division
        Environmental Defense Section
        P.O. Box 7611
        Washington, D.C. 20044
        Tel: (202) 305-0283
        Fax: (202) 514-8865
        Sue.Chen@usdoj.gov

        *Counsel for Defendant*


        Devorah Ancel
        CA Bar No. 261038
        *pro hac vice* (admitted 10/24/2017)
        Sierra Club
        2101 Webster Street, Ste. 1300
        Oakland, CA 94612
        (415) 845-7847
        devorah.ancel@sierraclub.org


        Karimah Schoenhut
        D DC Bar  No. PA0060
        DC Bar No. 1028390
        Sierra Club
        50 F Street NW, 8th Floor
        Washington, D.C. 20001
        (202) 548-4584
        karimah.schoenhut@sierraclub.org

        *Counsel for Plaintiff Sierra Club*

**Certificate of Service**

      I certify that on February 5, 2018, I filed the foregoing with the Court's CMS/ECF system, which will send notice to each party.

                                              */s/ Sue Chen*
                                              SUE CHEN