UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB<br><br>        Plaintiff,<br>  v.<br><br>SCOTT PRUITT, in his official capacity as Administrator, U.S. Environmental Protection Agency,<br><br>        Defendant. | Case No. 1:17-cv-02174 |

**Joint Status Report and Motion to Stay Proceedings**

As required by the Court's February 5 order, the parties submit their joint status report, and move to extend the stay in this case for 45 days.

Plaintiff filed a Complaint in October 2017, alleging that Defendant failed to perform his non-discretionary duties under certain provisions of the Clean Air Act and the Energy Independence and Security Act. ECF No. 1. Defendant filed an answer on January 2. ECF No. 12. A month later the parties jointly moved to stay all proceedings in this case for 60 days to allow them to explore the possibility of resolving this matter without litigation. ECF No. 15. The Court granted that motion on February 5.

The parties have been actively engaged in and plan to continue discussions to explore the possibility of resolving this matter without litigation. Continuing to stay proceedings for another 45 days would conserve judicial resources and permit the parties to focus their resources on that task. Because good cause exists to continue the stay, this Court should grant the parties' joint motion.

Dated: April 6, 2018

                                             Respectfully submitted,

                                             JEFFREY H. WOOD
                                             Acting Assistant Attorney General

                                                   /s/ Sue Chen
                                             SUE CHEN
                                             U.S. Department of Justice
                                             Environment & Natural Resources Division
                                             Environmental Defense Section
                                             P.O. Box 7611
                                             Washington, D.C. 20044
                                             Tel: (202) 305-0283
                                             Fax: (202) 514-8865
                                             Sue.Chen@usdoj.gov

                                             *Counsel for Defendant*

                                             Devorah Ancel
                                             CA Bar No. 261038
                                             *pro hac vice* (admitted 10/24/2017)
                                             Sierra Club
                                             2101 Webster Street, Ste. 1300
                                             Oakland, CA 94612
                                             (415) 845-7847
                                             devorah.ancel@sierraclub.org

                                             Karimah Schoenhut
                                             D DC Bar  No. PA0060
                                             DC Bar No. 1028390
                                             Sierra Club
                                             50 F Street NW, 8th Floor
                                             Washington, D.C. 20001
                                             (202) 548-4584
                                             karimah.schoenhut@sierraclub.org

                                             *Counsel for Plaintiff Sierra Club*

**Certificate of Service**

      I certify that on April 6, 2018, I filed the foregoing with the Court's CMS/ECF system, which will send notice to each party.

                                                 */s/ Sue Chen*
                                                 SUE CHEN