UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB | Case No. 1:17-cv-02174 |
| Plaintiff, | |
| v. | |
| SCOTT PRUITT, in his official capacity as Administrator, U.S. Environmental Protection Agency, | |
| Defendant. | |

### Joint Motion to Enter Briefing Schedule

As required by the Court's May 21 order, the parties report that they have not resolved this matter, and propose the following schedule for summary-judgment briefing:

- June 29, 2018:  Sierra Club's motion for summary judgment;

- August 13, 2018:  EPA's combined response to Sierra Club's motion and cross motion for summary judgment;

- October 1, 2018:  Sierra Club's combined reply in support of its motion and response to EPA's cross motion;

- October 22, 2018:  EPA's reply in support of its cross motion.

The parties respectfully ask the Court to enter this schedule.

Dated: May 31, 2018

Respectfully submitted,

JEFFREY H. WOOD
Acting Assistant Attorney General

_____/s/ Sue Chen_____

Sue Chen
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 305-0283
Fax: (202) 514-8865
Sue.Chen@usdoj.gov

*Counsel for Defendant*


Devorah Ancel
CA Bar No. 261038
*pro hac vice* (admitted 10/24/2017)
Sierra Club
2101 Webster Street, Ste. 1300
Oakland, CA 94612
(415) 845-7847
devorah.ancel@sierraclub.org


Karimah Schoenhut
D DC Bar  No. PA0060
DC Bar No. 1028390
Sierra Club
50 F Street NW, 8th Floor
Washington, D.C. 20001
(202) 548-4584
karimah.schoenhut@sierraclub.org

*Counsel for Plaintiff Sierra Club*

## Certificate of Service

I certify that on May 31, 2018, I filed the foregoing with the Court's CMS/ECF system, which will send notice to each party.

_/s/ Sue Chen_____
Sue Chen