UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB<br><br>　　　　Plaintiff,<br>　v.<br><br>ANDREW WHEELER, in his official capacity as Administrator, U.S. Environmental Protection Agency,<br><br>　　　　Defendant. | Case No. 1:17-cv-02174 |

**Joint Status Report**

As required by the Court's February 4, 2019, order, the parties submit their joint status report.

Plaintiff filed a Complaint in October 2017, alleging that Defendant failed to perform his non-discretionary duties under certain provisions of the Clean Air Act and the Energy Independence and Security Act.  ECF No. 1.  Defendant timely answered on January 2, 2018.  ECF No. 12.  A month later the parties jointly moved to stay all proceedings in this case to allow them to explore the possibility of resolving this matter without litigation.  ECF No. 15.  The Court granted that motion on February 5, and granted an extension of the stay on April 6.  Eventually, the parties proceeded to litigate this matter, with Plaintiff filing its motion for summary judgment in June, ECF No. 25, and Defendant filing its combined opposition and cross-motion for summary judgment in August, ECF Nos. 27, 28.

In September the parties re-engaged in good-faith discussions to try to resolve the dispute, and the Court stayed the summary-judgment briefing to allow them to do so.  ECF No.

1

30; Minute Orders (Sept. 17 & Oct. 18, 2018).  In February 2019 Defendant sought public comment on a proposed partial consent decree, as required by Section 113(g) of the Clean Air Act, 42 U.S.C. § 7413.  *See* 84 Fed. Reg. 5672 (Feb. 22, 2019).  The comment period closed on March 25.  Defendant and the Justice Department are reviewing comments received.  The parties thus ask the Court to continue the stay and they will submit a joint status report on May 30, 2019.

Submitted on April 15, 2019

      */s/ Sue Chen*
Sue Chen
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 305-0283
Fax: (202) 514-8865
Sue.Chen@usdoj.gov

*Counsel for Defendant*

Devorah Ancel
CA Bar No. 261038
*pro hac vice* (admitted 10/24/2017)
Sierra Club
2101 Webster Street, Ste. 1300
Oakland, CA 94612
(415) 845-7847
devorah.ancel@sierraclub.org

Karimah Schoenhut
DC Bar No. 1028390
Sierra Club
50 F Street NW, 8th Floor

Washington, D.C. 20001
(202) 548-4584
karimah.schoenhut@sierraclub.org

*Counsel for Plaintiff Sierra Club*

**Certificate of Service**

    I certify that on April 15, 2019, I filed the foregoing with the Court's CMS/ECF system, which will send notice to each party.

                      */s/ Sue Chen*
                      SUE CHEN