UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIERRA CLUB

Plaintiff,

v.

ANDREW WHEELER, in his official capacity as Administrator, U.S. Environmental Protection Agency,

Defendant.

Case No. 1:17-cv-02174

**Joint Motion to Stay Litigation and Stipulation to Dismiss the First Claim**

The parties move the Court to stay this litigation pending completion of a partial settlement agreement they reached.

Plaintiff filed their Complaint in October 2017, alleging that EPA violated non-discretionary duties under the Clean Air Act and the Energy Independence and Security Act, 42 U.S.C. §§ 7545 note, 7545(v)(1)-(2). The First Claim alleges that EPA failed to complete and submit to Congress its second and third Triennial Reports on the environmental and resource-conservation impacts of the Renewable Fuel Standard program. The Second Claim alleges that EPA failed to complete "a study to determine whether the renewable fuel volumes required by this section will adversely impact air quality as a result of changes in vehicle and engine emissions of air pollutants regulated under this chapter" (the Antibacksliding Study) and to "(A) promulgate fuel regulations to implement appropriate measures to mitigate, to the greatest extent achievable, considering the results of the [Antibacksliding Study], any adverse impacts on air


quality, as the result of the renewable volumes required by this section; or (B) make a determination that no such measures are necessary." ECF No. 1.

Defendant timely answered in January 2018. ECF No. 12. At the parties' request, the Court stayed this case to allow them to explore the possibility of resolving this matter without litigation. ECF No. 15; Orders (Feb. 5 & Apr. 6, 2018). Eventually, the parties proceeded to litigate this matter, with Plaintiff moving for summary judgment in June 2018, ECF No. 25, and Defendant filing its combined opposition and cross-motion for summary judgment shortly afterward, ECF Nos. 27 & 28. Then, in September 2018, the parties re-engaged in good-faith discussions to try to resolve the dispute, and the Court again stayed the case. ECF No. 30; *e.g.*, Minute Orders (Sept. 17, 2018; Apr. 16, 2019; Aug. 2, 2019).

The parties recently executed a settlement agreement that would partly resolve the Second Claim. Because it is a partial resolution, the Second Claim cannot be dismissed now. But the parties ask the Court to stay this case until June 30, 2020, when performance of the agreement will be complete. Once that happens, the parties will promptly submit a motion to govern further proceedings as to the Second Claim.

In addition, the parties hereby stipulate to dismiss, without prejudice, the First Claim under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Submitted on September 3, 2019                  */s/ Sue Chen*

                                                Sue Chen
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 305-0283
Fax: (202) 514-8865
Sue.Chen@usdoj.gov

*Counsel for Defendant*

Devorah Ancel
CA Bar No. 261038
*pro hac vice* (admitted 10/24/2017)
Sierra Club
2101 Webster Street, Ste. 1300
Oakland, CA 94612
(415) 845-7847
devorah.ancel@sierraclub.org

Karimah Schoenhut
DC Bar No. 1028390
Sierra Club
50 F Street NW, 8th Floor
Washington, D.C. 20001
(202) 548-4584
karimah.schoenhut@sierraclub.org

*Counsel for Plaintiff Sierra Club*

**Certificate of Service**

I certify that on September 3, 2019, I filed the foregoing with the Court's CMS/ECF system, which will send notice to each party.

*/s/ Sue Chen*
Sue Chen