UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB<br><br>  Plaintiff,<br>  v.<br><br>ANDREW WHEELER, in his official capacity as Administrator, U.S. Environmental Protection Agency,<br><br>  Defendant. | Case No. 1:17-cv-02174 |

**Joint Status Report**

As ordered by the Court on October 1, 2020, the parties submit their joint status report.

Plaintiff filed a Complaint in October 2017, alleging that Defendant failed to perform his non-discretionary duties under certain provisions of the Clean Air Act and the Energy Independence and Security Act. ECF No. 1. Defendant timely answered on January 2, 2018. ECF No. 12. Eventually, the parties proceeded to litigate this matter, with Plaintiff filing its motion for summary judgment, ECF No. 25, and Defendant filing its combined opposition and cross-motion for summary judgment, ECF Nos. 27, 28.

Then, in September 2019, the parties stipulated to dismiss the First Claim without prejudice. ECF No. 39. Having also executed a settlement agreement that would partly resolve the Second Claim, the parties asked the Court to stay the case. *Id.* The Court granted that motion. Minute Order (Sept. 3, 2019).

1

In May 2020 EPA completed the anti-backsliding study that is one subject of dispute in the Second Claim.[1] On January 5, 2021, EPA finalized the determination that is also a dispute in the Second Claim. *See* 86 Fed. Reg. 3827 (Jan. 15, 2021).[2] The parties are discussing next steps, including stipulated dismissal of this lawsuit. They will submit a motion to govern further proceedings by February 16, 2021.

Submitted on January 15, 2021.

                                      */s/ Sue Chen*
                                      Sue Chen
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 305-0283
Fax: (202) 514-8865
Sue.Chen@usdoj.gov

*Counsel for Defendant*

Devorah Ancel
CA Bar No. 261038
*pro hac vice* (admitted 10/24/2017)
Sierra Club
2101 Webster Street, Ste. 1300
Oakland, CA 94612
(415) 845-7847
devorah.ancel@sierraclub.org

Karimah Schoenhut
DC Bar No. 1028390
Sierra Club
50 F Street NW, 8th Floor

---

[1] *Available at* https://nepis.epa.gov/Exe/ZyPDF.cgi?Dockey=P100ZBY1.pdf.
[2] *Available at* https://www.govinfo.gov/content/pkg/FR-2021-01-15/pdf/2021-00271.pdf.

Washington, D.C. 20001
(202) 548-4584
karimah.schoenhut@sierraclub.org

*Counsel for Plaintiff Sierra Club*

## Certificate of Service

I certify that on January 15, 2021, I filed the foregoing with the Court's CMS/ECF system, which will notify each party.

*/s/ Sue Chen*
Sue Chen