UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB<br><br>    Plaintiff,<br>  v.<br><br>JANE NISHIDA, in her official capacity as Acting Administrator,[1] U.S. Environmental Protection Agency,<br><br>    Defendant. | Case No. 1:17-cv-02174 |

**Joint Stipulation to Dismiss**

The parties jointly stipulate, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to dismiss this case with prejudice.

In this case, Plaintiff raised two claims alleging that Defendant failed to perform her non-discretionary duties under certain provisions of the Clean Air Act and the Energy Independence and Security Act. ECF No. 1. Defendant timely answered in January 2018. ECF No. 12. Eventually, Plaintiff filed its motion for summary judgment, ECF No. 25, and Defendant filed a combined opposition and cross-motion for summary judgment, ECF Nos. 27, 28.

Then, in September 2019, the parties stipulated to dismiss the First Claim without prejudice. ECF No. 39. In light of the parties' settlement agreement that would partly resolve the Second Claim, the Court agreed to stay the case. Minute Order (Sept. 3, 2019).

---

[1] Jane Nishida is substituted for her predecessor Andrew Wheeler under Fed. R. Civ. P. 25(d).

1

In May 2020 EPA completed the anti-backsliding study that is one subject of dispute in the Second Claim.[2] And last month EPA finalized the determination that is also a dispute in the Second Claim. *See* 86 Fed. Reg. 3827 (Jan. 15, 2021).[3] The parties agree that because all Plaintiff's claims have now been resolved, this case should be dismissed with prejudice and with each party bearing its own costs and fees.

Submitted on February 16, 2021.

      /s/ Sue Chen
Sue Chen
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 305-0283
Fax: (202) 514-8865
Sue.Chen@usdoj.gov

*Counsel for Defendant*

Devorah Ancel
CA Bar No. 261038
*pro hac vice* (admitted 10/24/2017)
Sierra Club
2101 Webster Street, Ste. 1300
Oakland, CA 94612
(415) 845-7847
devorah.ancel@sierraclub.org

Karimah Schoenhut
DC Bar No. 1028390
Sierra Club
50 F Street NW, 8th Floor

---

[2] *Available at* https://nepis.epa.gov/Exe/ZyPDF.cgi?Dockey=P100ZBY1.pdf.
[3] *Available at* https://www.govinfo.gov/content/pkg/FR-2021-01-15/pdf/2021-00271.pdf.

Washington, D.C. 20001
(202) 548-4584
karimah.schoenhut@sierraclub.org

*Counsel for Plaintiff Sierra Club*

## Certificate of Service

I certify that on February 16, 2021, I filed the foregoing with the Court's CMS/ECF system, which will notify each party.

    */s/ Sue Chen*
Sue Chen

3